Connor M. Mannion, Esq.
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536 Facsimile
*Attorneys for Plaintiff, American Neighborhood*
*Mortgage Acceptance Company, LLC.*

| | |
|---|---|
| AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC, d/b/a ANNIEMAC HOME MORTGAGE<br><br>Plaintiff<br><br>v.<br><br>DEREK RALPH HUIT<br><br>Defendant | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br><br>**Case No.** |

## COMPLAINT

Plaintiff, American Neighborhood Mortgage Acceptance Company LLC, d/b/a AnnieMac Home Mortgage ("AnnieMac" or the "Company"), states as follows in support of its Complaint against defendant Derek Ralph Huit ("Huit"):

## INTRODUCTION

1.     This matter concerns Huit's breach of a Sign-On Bonus Agreement, as amended, (the "Bonus Agreement") by failing to pay back a sign-on bonus he did not earn when his employment with AnnieMac ended before the required 36-month period.

## PARTIES, JURISDICTION, AND VENUE

2.     AnnieMac is a Delaware limited liability company domiciled in Mt. Laurel Township, Burlington County, New Jersey. AnnieMac has two members. The first is an individual

domiciled in Florida.  The second is a limited liability company with a single member who is currently domiciled in Florida.

3.    Huit is an individual who, at all relevant times to this Complaint, was and remains domiciled in Anchorage, Alaska.

4.    Huit signed the original Bonus Agreement attached as **Exhibit A** to this Complaint. The original Bonus Agreement has an effective date of February 12, 2024.

5.    Huit consented to jurisdiction in New Jersey when he signed the original Bonus Agreement:

> This Agreement shall be governed by and construed in accordance with the laws of the State of New Jersey (without regard to any conflicts of laws principles thereof that would give effect to the laws of another jurisdiction). Employee intends to and hereby confers jurisdiction upon the courts of the State of New Jersey and U.S. federal courts located within the State of Jersey to determine any dispute arising out of or related to this Agreement, including the enforcement and the breach hereof. Employee waives any objection to venue in such courts. Each Party irrevocably waives its right to a trial by jury in any action or proceeding arising out of this Agreement. [**Exhibit A**, original Bonus Agreement, Sec. 10 (emphasis supplied).]

6.    Venue is proper in this Court because Huit agreed in the original Bonus Agreement that venue in this Court is proper, a substantial part of the events or omissions giving rise to the claim occurred in this District, the claim otherwise arises in New Jersey, and Huit is subject to the Court's personal jurisdiction with respect to the claim.

7.    This Court has subject matter jurisdiction because the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

### GENERAL ALLEGATIONS

8.    AnnieMac originates and services residential mortgage loans and provides related services to borrowers, including mortgage financing and refinancing services.

9.    On February 12, 2024, AnnieMac hired Huit as the Originating Regional Manager to manage its branch located at 205 E, Benson Blvd., Suite 302, Anchorage, Alaska.

10.    Huit signed the original Bonus Agreement.

11.    The original Bonus Agreement provides that Huit would receive a signing bonus of $55,00.00, payable in six equal installments of $9,250.00. **Exhibit A**, original Bonus Agreement.

12.    On June 1, 2024, Huit and AnnieMac entered into a First Amendment to the original Bonus Agreement (the "First Amendment to Bonus Agreement"; the original Bonus Agreement and First Amendment to Bonus Agreement will hereinafter be referred to collectively  as the "Bonus Agreement"). A true and genuine copy of the First Amendment to Bonus Agreement signed by both Huit and AnnieMac is attached to this Complaint as **Exhibit B**.

13.    The First Amendment to Bonus Agreement provides that AnnieMac would pay Huit four additional monthly payments of $9,250.00, making the total amount of Huit's sign-on bonus $92,500.00 (the "Bonus").

14.    AnnieMac paid Huit all ten of the $9,250.00 installment payments for a total of $92,500.00.

15.    The First Amendment to Bonus Agreement provides that the Bonus is an "unvested wage advance" that Huit earned "in its entirety" only by remaining employed with AnnieMac for 36 months from her first day of work with AnnieMac (the "36 Month Period").  **Exhibit B**, Sec. 2.

16.    Huit promised in the First Amendment to Bonus Agreement to repay the full amount of the Bonus if he did not remain employed with AnnieMac for the 36 Month Period. **Exhibit B**, Sec. 2.

17.    Huit's resigned from his employment with AnnieMac ended on March 18, 2026, before the expiration of the 36 Month Period.

18.    Huit has repaid only $16,939.35 of the Bonus, leaving a balance of $75,560.65, exclusive of interest.

## COUNT I - BREACH OF BONUS AGREEMENT

19.    AnnieMac incorporates the allegations set forth above in paragraphs 1 through 18, as if fully stated below.

20.    The Bonus Agreement is a binding agreement between AnnieMac and Huit.

21.    AnnieMac paid the Bonus to Huit.

22.    Huit agreed in Section 2 of the Bonus Agreement that he would repay the Bonus to AnnieMac if his employment with AnnieMac ended before the 36 Month Period.

23.    Huit's employment with AnnieMac ended on March 18, 2026.

24.    Huit did not remain employed with AnnieMac for the entire 36 Month Period.

25.    Huit has failed and refused to repay the entire Bonus as required by the Bonus Agreement.

26.    Huit breached the Bonus Agreement by failing to repay the entire Bonus.

27.    AnnieMac has performed its obligations under the Bonus Agreement.

28.    Huit agreed in the Bonus Agreement that he would pay AnnieMac's reasonable costs, expenses, interest, and legal fees incurred in enforcing the Bonus Agreement. **Exhibit A**, Sec. 11.

29.    AnnieMac has been damaged by Huit's breach of the Bonus Agreement in the amount of $75,560.65, loss of use of those funds, including interest thereon, and the attorneys' fees and expenses incurred in enforcing the Bonus Agreement.

### PRAYER FOR RELIEF

**WHEREFORE**, AnnieMac prays for relief as follows:

A.      For damages in the amount of $75,560.65 against Huit, representing the amount of the unpaid Bonus;

B.      Loss of use of the $75,560.65, including all interest, prejudgment and post-judgment interest, authorized under New Jersey law, at the maximum legal rate;

C.      For attorneys' fees pursuant to the Bonus Agreement;

D.      For costs and expenses of the proceedings herein; and

E.      For all other relief that this Court finds just and proper.

Dated: May 19, 2026

Respectfully submitted,

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
P: 201-525-6274
Email: cmannion@coleschotz.com

*/s/ Connor M. Mannion*
Connor M. Mannion
NJ Atty ID #334482021
*Attorneys for American Neighborhood Mortgage*
*Acceptance Company, LLC*